HSBC Bank USA, N.A. v Dubyna (2025 NY Slip Op 07243)

HSBC Bank USA, N.A. v Dubyna

2025 NY Slip Op 07243

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025

PRESENT: LINDLEY, J.P., MONTOUR, GREENWOOD, NOWAK, AND KEANE, JJ. (Filed Dec. 23, 2025.) 

MOTION NOS. (657-658/25) CA 24-00360 and CA 24-00362.

[*1]HSBC BANK USA, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR THE REGISTERED NOTEHOLDERS OF RENAISSANCE HOME EQUITY LOAN TRUST 2006-4, PLAINTIFF-RESPONDENT, 
vPETER D. DUBYNA, JR., ALSO KNOWN AS PETER DUBYNA, JR., DEFENDANT-APPELLANT, ET AL., DEFENDANTS, DR. RASHAD KHAN, THIRD-PARTY INTERVENOR.

MEMORANDUM AND ORDER
Motions for reargument denied.